

**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera, Esq. (Bar No. 192390)
695 Town Center Drive, Ste. 700
Costa Mesa, California 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501
eaguilera@bmkalaw.com

Attorneys for Plaintiff
ANDRONIKI BOSSONIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT– SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| ANDRONIKI BOSSONIS,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss Corporation; NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV10-00023 AG(RNBX)<br><br>**COMPLAINT FOR:**<br><br>1. **False Designation of Origin and False Endorsement in Violation of Lanham Act, 15 U.S.C. §11259(a)**<br>2. **Misappropriation of Name in Violation of California Civil Code §3344**<br>3. **Misappropriation of Name or Likeness in Violation of Common Law**<br>4. **Common Law Right of Publicity**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff ANDRONIKI BOSSONIS hereby alleges the following:

## PARTIES

1.    Plaintiff ANDRONIKI BOSSONIS ("Plaintiff" or "Rania") is, and at all

1    times mentioned herein was, an individual residing in Orange County, California.

2         2.    Plaintiff is informed and believes, and based thereon alleges, that

3    defendant SOCIÉTÉ DES PRODUITS NESTLÉ, S.A is, and at all times mentioned

4    herein was, a Swiss corporation doing business in the State of California with its

5    principal place of business in Vevey, Switzerland.

6         3.    Plaintiff is informed and believes, and based thereon alleges, that

7    defendant NESTLÉ COMPANY, INC. is, and at all times mentioned herein was, a

8    New York corporation doing business in the State of California with its principal

9    place of business in White Plains, New York.

10        4.    Plaintiff is informed and believes, and based thereon alleges, that

11   defendant NESTLÉ USA, INC. is, and at all times mentioned herein was, a Delaware

12   corporation doing business in the State of California with its principal place of

13   business in Norwalk, Connecticut.

14        5.    Plaintiff is informed and believes, and based thereon alleges, that

15   defendant NESTLÉ PREPARED FOODS COMPANY is, and at all times mentioned

16   herein was, a Pennsylvania corporation doing business in the State of California with

17   its principal place of business in Norwalk, Connecticut.

18        6.    Plaintiff is informed and believes, and based thereon alleges, that

19   defendant NESTLÉ HOLDINGS, INC. is, and at all times mentioned herein was, a

20   Delaware corporation doing business in the State of California with its principal place

21   of business in Norwalk, Connecticut.

22        7.    Plaintiff is informed and believes, and based thereon alleges, that

23   defendant GENERAL MILLS, INC. is, and at all times mentioned herein was, a

24   Delaware corporation doing business in the State of California with its principal place

25   of business in Minneapolis, Minnesota.

26        8.    Plaintiff is ignorant of the true names and capacities of the Defendants

27   sued herein as DOES 1 through 10, inclusive, and therefore sues these Defendants by

28   such fictitious names.  Plaintiff will amend this complaint to allege their true names

1    and capacities when ascertained.

2        9.     Plaintiff further alleges on information and belief for DOES 1 through 10
3    that each of these fictitiously named Defendants was a joint venturer, partner,
4    subsidiary, parent, agent, representative or alter ego of the Defendants specifically
5    described above and that in doing the things hereinafter alleged, was acting his, her,
6    or its capacity as such an agent, joint venturer, partner, employee, representative,
7    subsidiary, parent, or alter ego and is legally, equitably or otherwise responsible in
8    some manner for the damages herein allegedly suffered by Plaintiff and persons
9    similarly situated.

10       10.    Plaintiff is informed and believes, and based thereon alleges, that at all
11    relevant times herein, each of the Defendants, including DOES 1 through 10,
12    inclusive, directed, knew or reasonably should have known of the acts and behavior
13    alleged herein and the damages caused thereby, and by their actions and/or inaction
14    directed, ratified and encouraged such acts and behavior.

15       11.    Plaintiff further alleges that all Defendants had a non-delegable duty to
16    prevent such acts and the behavior described herein, which duty Defendants failed
17    and/or refused to perform.

18       12.    Plaintiff further alleges that insofar as any of the Defendants named
19    herein is the alter ego of another Defendants, that there was and is a unity of interest
20    between the two and that recognizing the corporate form would lead to an inequitable
21    result.

22                     **JURISDICTIONAL ALLEGATION**

23       13.    This is an action for false designation of origin and false endorsement
24    under section 43 of the Lanham Act, 15 U.S.C. §1125, as well as related claims of
25    statutory and common law misappropriation of rights of personality under California
26    Law. This Court has subject matter jurisdiction over the claims that relate to the
27    Lanham Act pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331, 1338.

28

14.    This Court has supplemental jurisdiction over the claims in this complaint that arise under the laws of the State of California pursuant to 28 U.S.C. § 1367(a), since the state law claims are so related to the federal claims that they form a part of the same case or controversy and derive from a common nucleus of operative facts.

15.    In addition, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332.  This controversy is between citizens of this state and citizens or subjects of a foreign state, and the amount in controversy exceeds $75,000.

16.    Venue is proper in the Central District of California pursuant to 28 U.S.C. §§1391(b) and (c) because, among other things, Plaintiff is informed and believes, and based thereon alleges, that the Defendants conduct substantial business within the district through wholesale and retail sales made to retailers and/or consumers located within the District.  Plaintiff is further informed and believes, and thereon alleges, that Defendants operate websites through which they intentionally and purposefully direct commercial activity to residents of the State of California, including residents of this District.  Plaintiff is informed and believes, and based thereon alleges, that residents of this District interact with the Defendants' websites by among other things: (i) utilizing the "product locator" section of website, which enables consumers to locate Defendants' products for sale; (ii) responding to direct solicitations and information requests regarding Defendants' products.

## GENERAL ALLEGATIONS

17.    Plaintiff is a nationally recognizable model, ethnic dancer, dance choreographer/coordinator, trainer and celebrity whose likeness has promotional value.  Professionally, she performs under the artist name "Rania."  As Rania, Plaintiff has and continues to promote and market herself and her products in the United States and abroad.  Rania has starred in over twenty distinct dance and fitness DVDs and videos, and she derives additional income from live performances and related appearances.  Plaintiff's income is based on her use of her name, voice,

1 identity, photographs and likeness.

2     18.   Plaintiff is informed and believes, and based thereon alleges, that

3 Defendants, which comprise of some of the largest manufacturers of food products in

4 the world, are and have been unlawfully manufacturing, offering for sale, selling,

5 advertising, marketing and distributing boxes of NESTLÉ Fitness Cereal bearing and

6 relying upon the use of the "Rania" name and Plaintiff's likeness on the front and

7 back without the permission of Plaintiff. (Exhibit "A" attached herein.)

8     19.   Plaintiff is further informed and believes, and based thereon alleges, that

9 Defendants have been unlawfully manufacturing, offering for sale and selling,

10 advertising, marketing and distributing boxes of NESTLÉ Fitness Cereal displaying

11 written statements attributed to "Rania" regarding her endorsement of NESTLÉ

12 Fitness Cereal. (Exhibit "A" attached herein.)

13     20.   Plaintiff is further informed and believes, and based thereon alleges, that

14 Defendants have been unlawfully manufacturing, offering for sale and selling,

15 advertising, marketing and distributing DVDs which display Rania's name, voice,

16 identity, likeness, dance performances, and training videos, with instructions

17 encouraging the reader to reproduce said DVDs without the need to obtain any further

18 licensing. (Exhibit "A" attached herein.)

19     The unlawful actions of the Defendants amount to a willful and conscious

20 disregard for the rights of Plaintiff, and are knowingly and intentionally designed to

21 capitalize on the goodwill, talent and recognition associated with Plaintiff.

22 **FIRST CLAIM FOR RELIEF**

23 **False Designation of Origin and False Endorsement in Violation of Lanham Act,**

24 **15 U.S.C. §11259(a)**

25 **(Against All Defendants)**

26     21.   Plaintiff repeats and realleges the allegations alleged in each and every

27 paragraph above as though set forth fully herein.

28     22.   Defendants' use, and continuing use, in interstate commerce of the name

"Rania" in connection with NESTLÉ Fitness Cereal constitutes a violation of 15 U.S.C. §1125(a) in that it creates a false designation of origin as to the goods advertised, distributed, offered for sale and sold by Defendants, which is likely to confuse, mislead or deceive the consuming public and trade by creating the false impression that NESTLÉ Fitness Cereal advertised, distributed, offered for sale and sold by Defendants has, in some way, been manufactured, approved, sponsored, endorsed or guaranteed by, or are in some way affiliated, connected or associated with, Plaintiff.

23.    Defendants' use, and continuing use, in interstate commerce of the name "Rania" in connection with copies DVDs featuring Rania's performances also constitutes a violation of 15 U.S.C. §1125(a) in that it creates a false designation of origin as to the goods advertised, distributed, offered for sale and sold by Defendants, which is likely to confuse, mislead or deceive the consuming public and trade by creating the false impression that the DVDs advertised, distributed, offered for sale and sold by Defendants has, in some way, been manufactured, approved, sponsored, endorsed or guaranteed by, or are in some way affiliated, connected or associated with, Plaintiff.

24.    Defendants' use , and continuing use, in interstate commerce of the name and likeness of "Rania" in connection with NESTLÉ Fitness Cereal also constitutes a false or misleading description or representation in interstate commerce, in violation of 15 U.S.C. §1125(a).

25.    As a direct and proximate result of the conduct of Defendants, Plaintiff is entitled pursuant to 15 U.S.C. §1117(a) to recovery of: (1) Defendant's profits related to NESTLÉ Fitness Cereal featuring any "Rania" image or endorsement; (2) Defendant's profits related to defendants' commercial distribution of the DVDs featuring any "Rania" image or performance; (3) any damages sustained by Plaintiff as a result of Defendants' conduct, the precise amount of which shall be established by Plaintiff at trial; and, (4) the costs of the action herein.

26.   Plaintiff is informed and believes, and based thereon alleges, that Defendants have committed the acts alleged above with the willful intent to trade on Plaintiff's goodwill and reputation in the context of a product (NESTLÉ Fitness Cereal) for defendants' sole benefit, or closely associated with Plaintiff's core business and career (the DVDs).

As such, this case is exceptional under 15 U.S.C. §1117(a), entitling Plaintiff to the recovery of her attorney's fees and treble damages.

## SECOND CLAIM FOR RELIEF

### Misappropriation in Violation of California Civil Code §3344

### (Against All Defendants)

27.   Plaintiff repeats and realleges the allegations alleged in each and every paragraph above as though set forth fully herein.

28.   Defendants have violated Plaintiff's rights by knowingly and intentionally using Plaintiff's professional name, without her prior consent, for commercial purposes, gain and profit, directly in connection with manufacturing, offering for sale and selling, advertising, marketing and distributing NESTLÉ Fitness Cereal bearing Plaintiff's professional name and image.

29.   The use of the name "Rania" by Defendants in connection with manufacturing, offering for sale and selling, advertising, marketing and distributing NESTLÉ Fitness Cereal has directly resulted in substantial and ongoing harm and injury to Plaintiff, in that, among other things, the celebrated "Rania" name is being falsely associated with Defendant's product.

30.   As a direct and proximate result of the conduct of Defendants, Plaintiff is statutorily entitled to the recovery of both: (i) Plaintiff's actual damages; and (ii) Defendants' profits related to the manufacturing, offering for sale and selling, advertising, marketing and distributing all NESTLÉ Fitness Cereal bearing Plaintiff's professional name and image, which Plaintiff is informed and believes, and thereon alleges, exceeds $75,000.00.

31.   As a further direct and proximate result of the Defendants' knowing, willful and conscious disregard for the rights of Plaintiff, Defendants are guilty of oppression, fraud and malice, entitling Plaintiff to an award of punitive damages.

32.   Plaintiff is informed and believes, and based thereon alleges, that Defendants have continued to manufacture, offer for sale and sell, advertise, market and distribute NESTLÉ Fitness Cereal bearing Plaintiff's professional name, images, and perfomances.   Unless and until enjoined and restrained by order of this Court, Plaintiff will continue to suffer great and irreparable injury in that his world famous name is being falsely associated with Defendants' product, NESTLÉ Fitness Cereal. Plaintiff has no adequate remedy at law for such injury.

## THIRD CLAIM FOR RELIEF

### Misappropriation of Name or Likeness in Violation of Common Law
### (Against All Defendants)

33.   Plaintiff repeats and realleges the allegations alleged in each and every paragraph above as though set forth fully herein.

34.   Defendants have violated Plaintiff's right by knowingly and intentionally using Plaintiff's name and image, without his prior consent, for commercial purposes, gain and profit in connection with manufacturing, offering for sale and selling, advertising, marketing and distributing NESTLÉ Fitness Cereal and DVDs bearing her name and image.

35.   The use of the name "Rania" by Defendants in connection with manufacturing, offering for sale and selling, advertising, marketing and distributing NESTLÉ Fitness Cereal and the DVDs has directly resulted in substantial and ongoing harm and injury to Plaintiff, in that, among other things, her celebrated name is being falsely associated with Defendants' product and Plaintiff has lost sales of her products due to the unauthorized competition by Defendants.

36.   As a direct and proximate result of the conduct of Defendants, Plaintiff is entitled to the recovery of general and compensatory damages related to Defendants'

1  manufacturing, offering for sale and selling, advertising, marketing and distributing

2  NESTLÉ Fitness Cereal and/or the DVDs, the precise amount of which shall be

3  determined at trial, according to proof, but which Plaintiff is informed and believes,

4  and based thereon alleges, exceeds $75,000.00.

**FOURTH CLAIM FOR RELIEF**

**Common Law Right of Publicity**

**(Against All Defendants)**

8    37.    Plaintiff repeats and realleges the allegations alleged in each and every

9  paragraph above as though set forth fully herein.

10    38.    Without Plaintiff's consent, Defendants invaded Plaintiff's right to

11  privacy by publicly publishing cereal boxes, DVDs, promotional materials,

12  brochures, and magazine advertisements bearing the name and likeness of Plaintiff

13  with Defendants' names, logos, slogans, and its products.  Said publishing falsely

14  attributes that Plaintiff personally endorses Defendant's food products and/or

15  services, or has authorized Defendants to market and sell the DVDs with Plaintiff's

16  permission.

17    39.    The publicity created by defendant placed Plaintifs in a false light in the

18  public eye in that Defendants' false statements and inaccuracies falsely portray

19  Plaintiff as personally endorsing defendant's business, products, and/or services.

20    40.    The publicity created by Defendant was offensive and objectionable to

21  Plaintiff and to a reasonable person of ordinary sensibilities.

22    41.    The publicity created by Defendant was done with malice in that it was

23  made either with knowledge of its falsity or in reckless disregard of its truth in that

24  Defendant's false representations were calculated falsehoods because Defendants

25  knew that Plaintiff in fact does not personally endorse Defendant's business,

26  products, and/or services in this manner.

27    42.    As a proximate result, Plaintiff has been damaged in an amount

28  according to proof to be proven at trial.

43.    As a further proximate result of the above-described disclosure, Plaintiff has suffered injury to their stature as nationally recognizable model, ethnic dancer, dance choreographer/coordinator, trainer and celebrity whose likeness has promotional and marketing value.

44.    In making the disclosure described above, Defendant was guilty of oppression, fraud, or malice, in that Defendant made the disclosure with a willful and conscious disregard of Plaintiff's rights.    Plaintiff therefore seeks an award of punitive damages.

45.    Unless and until enjoined and restrained by order of this Court, Defendants continued publication will continue to cause Plaintiff great and irreparable injury to her stature as a model, ethnic dancer, dance choreographer/coordinator, trainer and celebrity.  Plaintiff has no adequate remedy at law for the injuries being suffered in that a judgment for monetary damages will not end Defendants' invasion of Plaintiff's privacy.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally, as follows:

1.    For recovery of Defendants' profits related to all NESTLÉ Fitness Cereal sold bearing Plaintiff's professional name and image.

2.    For recovery of Defendants' profits related to all DVDs marketed and sold by NESTLÉ Fitness Cereal sold bearing Plaintiff's professional name and image.

2.    For Plaintiff's general and compensatory damages, in excess of $75,000.00, and the precise amount of which shall be established at trial, according to proof;

3.    For three times the amount of Plaintiff's actual damages as permitted by 15 U.S.C. §1117(a).

4.    For punitive damages, the precise amount of which shall be established at trial, according to proof, as permitted by California Civil Code §3344;

5.    For a preliminary injunction enjoin Defendants and their respective

officers, agents, servants, employees attorneys, and those person in active concert or participation with any of them, in this District, anywhere throughout the United States, and anywhere in the world, including without limitation, all Latin and South America, from:

    a.    Making any unauthorized use of the name and image of "Rania" in connection with the sale of any NESTLÉ Fitness Cereal or any other goods or products.

    b.    Manufacturing, advertising, marketing, promoting, offering for sale, selling, importing, exporting, and/or distributing any NESTLÉ Fitness Cereal bearing the Plaintiff's professional name or image.

    c.    Manufacturing, distributing, advertising, marketing, promoting, offering for sale, or selling any goods, labels, tags, logos, decals, emblems, signs and other forms of marking, packaging, wrappers, containers and receptacles, catalogs, pricelists, promotional materials and the like bearing the use of the name or image of "Rania";

    d.    Using any name or trade dress that may be calculated to falsely represent or that has the effect of falsely representing that NESTLÉ Fitness Cereal or any other goods of Defendants are sponsored by, originate with, or are in any way approved by Plaintiff;

    e.    Falsely representing, themselves or their goods or services as affiliated, connected or associated with Plaintiff.

    f.    Assisting, aiding or abetting any other person or entity from engaging in any of the acts set forth in 9a) through (e) above;

1    g.    Requiring Defendants to destroy, at their own cost, all products,
2          merchandise, advertising, promotional materials, magazines and
3          any other things bearing the name or likeness of "Rania" and all
4          other items which are confusingly similar thereto, as well as all
5          material used to create such advertising, promotional materials,
6          magazines, and things to Plaintiff for destruction or other
7          disposition by Plaintiff; and

8    h.    Requiring that Defendants be made to account to Plaintiff for all
9          sales of merchandise utilizing the name or likeness of "Rania"
10         from the inception of said sales to the date of judgment herein.

11   6.    Upon final hearing, that said injunction be made permanent;

12   7.    For attorney's fees, as permitted by 15 U.S.C. §1117(a) and California
13   Civil Code §3344.

14   8.    For costs of suit incurred herein; and

15   9.    Such other and further relief as the Court deems just and proper.

16

17   **PLAINTIFFS HREBY DEMAND A TRIAL BY JURY**

18

19   Dated: January 7, 2010          BOHM, MATSEN, KEGEL & AGUILERA, LLP

20

21                                   By:

22                                   A. Eric Aguilera, Esq.
23                                   Attorneys for Plaintiff,
24                                   ANDRONIKI BOSSONIS

25

26

27

28

## EXHIBIT A





NESTLE® Hecho con CEREAL INTEGRAL



El Cereal ___ de ___ está hecho con ___    Estudios
demuestran que las mujeres que consumen más    tienden a tener un
___ y son    con el tiempo.*

(* Fuente: Liu S, Willett W, Manson J, et al. Amer. J. Clin. Nutr. 2003; 78: 920–927)
Para mayor información de ___ visita: ___

# PONTE EN LÍNEA YA CON PLAN INTEGRAL FITNESS®

## BENEFICIOS DEL CEREAL INTEGRAL

Cuando incluyes cereales integrales dentro de tu plan de ejercicio y alimentación equilibrada, tienes otro aliado para ayudarte a cuidar tu línea, porque los estudios muestran que consumir al menos 3 raciones* de cereales integrales diariamente, te puede ayudar a controlar mejor tu peso ¡Durante más tiempo!

1 ración =16 gramos de Cereal Integral
= ¾ de taza (45g) de Cereal FITNESS®

* Liu S, (2003) Amer. J. Clin. Nutr. 78, 920-927. Koh-Banerjee P, et al. (2004) Amer J Clin Nutr 80; (5): 1237-1245

¿Quieres saber más sobre cereales integrales?
Consulta: www.cerealintegral.com

### Empieza el día desayunando Cereal Integral FITNESS®

Puedes empezar fácilmente con un phto de Cereal Integral FITNESS® con leche SVELTY® y una porción de fruta y una bebida.

### Lleva una dieta balanceada

Procura hacer dos comidas balanceadas y dos refrigerios ligeros. Comida: Carne, pollo o pescado asados + vegetales + una o dos raciones de Cereal Integral (puede ser 1 taza de pasta integral o arroz integral). Cena: Una fruta + trozo de queso bajo en grasa + otra ración de Cereal Integral (puede ser 1 rebanada de pan 100% integral) Refrigerio: Una fruta o un yoghurt. ¡No te olvides de tomar 1.5 litros de agua!





### ¡Actívate!

Intenta hacer al menos 30 minutos de actividad física 3 veces por semana. ¡Mientras más mejor!



## ¡EMPIEZA YA!

Y PARA AYUDARTE EN TUS EJERCICIOS EL CEREAL FITNESS TE REGALA 3 VIDEOS DE RUTINAS BELLYDANCE*

○  Movimientos Básicos, Danza Árabe Tradicional

○  Rutina para Extremidades, Danza al solo de Tambores

○  Rutina para cadera, Hip Drop Hip Hop y Boogie

¡COLECCIÓNALOS!



"HOLA, SOY RANIA, TE TRAIGO MIS RUTINAS DE BELLYDANCE ___



Desayuno significa romper el ayuno. Mientras duermes,

para realizar funciones vitales durante la noche. Esto exige que la energía utilizada se reponga en las primeras horas del día. Por eso, un buen desayuno te proporciona el combustible que necesitas para realizar tus actividades durante la mañana.

Además, un desayuno completo te permite cubrir parte de la recomendación diaria de

necesarios para mantener tu cuerpo saludable.

VCD Hecho en Suiza por:
Adcom Production AG, Industriestrasse 48, CH-8962
Bergdietikon Switzerland

VCD Importado por:
CPW México S. de R.L. de C.V.
EJÉRCITO NACIONAL 453, COL. GRANADA, 11520,
DEL. MIGUEL HIDALGO, MÉXICO, D.F., R.F.C. CME-930401-H32

Cereal Partners



FECHA DE CONSUMO PREFERENTE Y LOTE
CONSÉRVESE EN UN LUGAR FRESCO Y SECO.

**PARA ABRIR LEVANTE ESTA PESTAÑA**

Cereal Integral

vitaminas, minerales, fibra y antioxidantes
importante?
tu familia,
alimentación de
no todos los cereales
están hechos
Cereal Integral,
en todos los cereales NESTLÉ®
Cereal Integral.
Cereal Integral.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV10- 23 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## CENTRAL DIST. (SOUTHERN)

| | |
|---|---|
| ANDRONIKI BOSSONIS, <br><br> *Plaintiff* <br><br> v. <br><br> SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss Corporation; <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No.   **SACV10-00023 AG(RNBX)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SOCIÉTÉ DES PRODUITS NESTLÉ,
S.A., a Swiss Corporation
c/o CT Corporation, 818 W. Seventh
Street, Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    A. Eric Aguilera, Esq., Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center
Drive, Ste. 700, Costa Mesa, CA 92626 / (714) 384-6500 tel / (714) 384-6501 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**NANCY CASTRO**

Date:   JAN - 7 2010                              _____
*Signature of Clerk or Deputy Clerk*

1144

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

1 | *Attachment to Summons*

2 NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ

3 PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware

4 Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 *(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

27

This page may be used with any Judicial Council form or any other paper filed with this court. | Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal
Solutions
Plus

CRC 201, 501

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DIST. (SOUTHERN)

| | |
|---|---|
| ANDRONIKI BOSSONIS, | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. **SACV10-00023 AG(RNBX)** |
| SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss | ) |
| Corporation; | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    NESTLE COMPANY, INC., a New
    York corporation
    c/o CT Corporation, 818 W. Seventh
    Street, Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Eric Aguilera, Esq., Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626 / (714) 384-6500 tel / (714) 384-6501 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JAN - 7 2010     **NANCY CASTRO**

*Signature of Clerk or Deputy Clerk*

1144

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

1  *Attachment to Summons*

2  NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ

3  PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware

4  Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

*(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with this court.    Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DIST. (SOUTHERN)

| | |
|---|---|
| ANDRONIKI BOSSONIS,<br><br>*Plaintiff*<br>v.<br>SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss Corporation;<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.  **SACV10-00023 AG(RNBX)**<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NESTLÉ USA, INC., a Delaware
> Corporation
> c/o CT Corporation, 818 W. Seventh
> Street, Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Eric Aguilera, Esq., Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626 / (714) 384-6500 tel / (714) 384-6501 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JAN - 7 2010

NANCY CASTRO

*Signature of Clerk or Deputy Clerk*

1144

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

*Attachment to Summons*

NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

*(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with this court. Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

Legal
Solutions
Plus          CRC 201, 501

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DIST. (SOUTHERN)

| | |
|---|---|
| ANDRONIKI BOSSONIS, | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No.  **SACV10-00023 AG(RNBX)** |
| SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss | ) |
| Corporation; | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NESTLÉ PREPARED FOODS
> COMPANY, a Pennsylvania
> Corporation
> c/o CT Corporation, 818 W. Seventh
> Street, Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    A. Eric Aguilera, Esq., Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626 / (714) 384-6500 tel / (714) 384-6501 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN - 7 2010

NANCY CASTRO

*Signature of Clerk or Deputy Clerk*

1144

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

1  *Attachment to Summons*

2  NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ

3  PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware

4  Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)*  The items on this page stated on information and belief *(specify item numbers, not line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with this court.   Page 2

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DIST. (SOUTHERN)

| | |
|---|---|
| ANDRONIKI BOSSONIS, | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) |
| SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss | ) |
| Corporation; | ) |
| _Defendant_ | ) |

Civil Action No.    **SACV10-00023 AG(RNBX)**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        NESTLÉ HOLDINGS, INC., a
        Delaware Corporation,
        c/o CT Corporation, 818 W. Seventh
        Street, Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    A. Eric Aguilera, Esq., Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626 / (714) 384-6500 tel / (714) 384-6501 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    JAN - 7 2010

**NANCY CASTRO**

_Signature of Clerk or Deputy Clerk_

1144

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

1  *Attachment to Summons*

2  NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ

3  PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware

4  Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

*(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with this court.    Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### CENTRAL DIST. (SOUTHERN)

| | |
|---|---|
| ANDRONIKI BOSSONIS, | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss | ) |
| Corporation; | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   **SACV10-00023 AG(RNBX)**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GENERAL MILLS, INC., a Delaware
Corporation,
c/o National Registered Agents, Inc.,
2875 Michelle Drive, Ste. 100, Irvine,
CA 92606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Eric Aguilera, Esq., Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center
Drive, Ste. 700, Costa Mesa, CA 92626 / (714) 384-6500 tel / (714) 384-6501 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   JAN - 7 2010

**NANCY CASTRO**

*Signature of Clerk or Deputy Clerk*

1144

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

1   *Attachment to Summons*

2   NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation; NESTLÉ

3   PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a Delaware

4   Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

*(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with this court.   Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal
Solutions
Plus

CRC 201, 501

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ANDRONIKI BOSSONIS

**DEFENDANTS**
SOCIÉTÉ DES PRODUITS NESTLÉ, S.A., a Swiss Corporation; NESTLE COMPANY, INC., a New York corporation; NESTLÉ USA, INC., a Delaware Corporation;

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Bohm, Matsen, Kegel & Aguilera, LLP
695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626
(714) 384-6500 tel / (714) 384-6500 fax

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §11259; Trademark Violation and Privacy Claims

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | | |

**FOR OFFICE USE ONLY:  Case Number:  SACV10-00023 AG(RNBX)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Switzerland; New York; Delaware; Pennsylvania | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_    Date January 7, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

| SHORT TITLE: BOSSONIS V. SOCIETE DES PRODUITS NESTLE, S.A., a Swiss corporation, et al. | CASE NUMBER: |
|---|---|

*Attachment to Civil Cover Sheet re Section I Defendants*

NESTLÉ PREPARED FOODS COMPANY, a Pennsylvania Corporation; NESTLÉ HOLDINGS, INC., a

Delaware Corporation, GENERAL MILLS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

*(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with this court. Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

Legal
Solutions ® Plus

CRC 201, 501